IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MR. MONOSIJ DUTTA-ROY,<br><br>    Plaintiff,<br><br>      v.<br><br>MR. JONATHAN FAIN<br>(counsel to Jysk), et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-280-TWT |

**ORDER**

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as frivolous for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 5 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Dutta-Roy\r&r.wpd